## 222 East Chestnut Street Corporation, Appellee, v. William H. Murphy, Appellant.

### Gen. No. 45,191.

Heard in the first division, first district, this court at the June term, 1950. Murphy, Lilliander, Gemmill & Johnston, for appellant; William H. Murphy, of counsel; Stephen Love, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed September 21, 1950; released for publication October 5, 1950.